**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:25-cr-56-TRM/MJD |
| v. | ) | |
| | ) | |
| STEPHEN CHRISTOPHER REED | ) | |

---

**ORDER**

---

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One in the Indictment; (2) accept Defendant's guilty plea to Count One in the Indictment; (3) adjudicate Defendant guilty of Count One in the Indictment; (4) defer a decision on whether to accept the plea agreement (Doc. 236) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 245). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 245) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One in the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One in the Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One in the Indictment;
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **December 18, 2026, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**



Case 1:25-cr-00056-TRM-MJD Document 252 Filed 09/01/26 Page 2 of 2 PageID #: 1620